```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         NOV 29 2022

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00917-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| Eugenio Miramontes-Zavala | |
| Defendant. | |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of this Order. The defendant's "A" number is A089 837 062.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), _____, Nevada.

DATED this 29th of November, 2022.

_____

UNITED STATES MAGISTRATE JUDGE