# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>EUGENIO MIRAMONTES-ZAVALA,<br>    aka "Eugenio Miramontes-Savala"<br>    aka "Eugenio Miramontes"<br>    aka "Samuel Cervantes-Ortiz"<br>    aka "Guillermo Mora"<br>    aka "Enrique Armenta"<br>    aka "Enrique Silva"<br>    aka "Enrique Silva-Armenta"<br>    aka "Eugenio M. Zavala"<br><br>    Defendant | Case No: 2:23-cr-00032-CDS-DJA<br><br>**Order Unsealing Case**<br>**[ECF No. 16]** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Eugenio Miramontes-Zavala,* is unsealed.

**DATED** this 9th day of March, 2023.

By the Court:

_____
Honorable Cristina D. Silva
United States District Judge